```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN THE MATTER OF THE  COMPLAINT   OF
DEIGHTON CLEVE TAYLOR, as Owner of a
2017, 42-foot Jeanneau sailboat for Exoneration
from or Limitation of Liability,


                                        Petitioner,


-----------------------------------------------------------------X
```

22 Civ. 02714 (LS)

*LORNA G. SCHOFIELD*
UNITED STATES DISTRICT JUDGE

Respondent's motion to dismiss the petition is denied without prejudice.  The parties are directed to the Court's Individual Rules outlining the procedures for filing a motion to dismiss.  Nevertheless, for the purposes of preserving the right to contest the Petition, the motion is deemed sufficient.  By June 14, 2022, Respondent shall file an answer or a pre-motion letter.  So Ordered.

Dated: June 9, 2022
       New York, New York

**PLEASE TAKE NOTICE THAT**, upon the accompanying Memorandum of Law in Support of KIMBERLY BRITTON's Motion to Dismiss the Complaint for Exoneration from or Limitation of Liability of Petitioner DEIGHTON CLEVE TAYLOR, and upon all the prior pleadings and proceedings, Claimant KIMBERLY BRITTON ("Claimant") will move this Court, before the Honorable Judge Lorna G. Schofield, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on  June 30, 2022 at 9:30 a.m.,  or on any other date set by the Court, for an Order granting Claimant's Motion to Dismiss the Complaint for Exoneration from or Limitation of Liability of Petitioner Deighton Cleve Taylor, as Owner of a 2017, 42-foot Jeanneau sailboat, pursuant to Fed. R. Civ. P. 12(b)(6).

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to the schedule set forth in Local Rule 6.1, opposition briefs, if any, must be served within ten (10) business days after the moving papers are filed by Claimant KIMBERLY BRITTON.

Dated: New York, New York
       June 8, 2022

1

2

                                Respectfully Submitted,

                                **JON L. NORINSBERG, ESQ., PLLC**

By: _____
                                Jon L. Norinsberg, Esq.
                                Erica M. Meyer, Esq.
                                *Attorneys for Claimant*
                                110 E. 59th Street, Suite 3200
                                New York, New York 10022
                                Telephone No.: (212) 751-5396
                                Facsimile No.: (212) 406-6890
                                jon@norinsberglaw.com
                                erica@norinsberglaw.com