```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN THE MATTER OF THE COMPLAINT OF        :
DEIGHTON CLEVE TAYLOR, AS OWNER OF       :
2017, 42-FOOT JEANNEAU SAILBOAT FOR      :    22 Civ. 2714 (LGS)
EXONERATION FROM OR LIMITATION OF        :
LIABILITY,                               :    ORDER
                            Petitioner,  :
                                         :
           -against-                     :
                                         :
KIMBERLY BRITTON,                        :
                            Respondent,  :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a pre-motion and initial pre-trial conference is scheduled for July 20, 2022, at 4:00 P.M.  It is hereby

**ORDERED**, that the conference scheduled for July 20, 2022, at 4:00 P.M. is **RESCHEDULED** to **July 20, 2022, at 4:45 P.M.**  The parties shall call 888-363-4749 and enter the access code 558-3333.

Dated: July 18, 2022
       New York, New York

                                                   **LORNA G. SCHOFIELD**
                                         **UNITED STATES DISTRICT JUDGE**