UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN THE MATTER OF THE COMPLAINT OF :
DEIGHTON CLEVE TAYLOR, AS OWNER OF :
2017, 42-FOOT JEANNEAU SAILBOAT FOR : 22 Civ. 2714 (LGS)
EXONERATION FROM OR LIMITATION OF :
LIABILITY, :  ORDER
                                  Petitioner, :
                                         :
              -against- :
                                         :
KIMBERLY BRITTON, :
                                Respondent, :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a pre-motion and initial pre-trial conference was held on July 20, 2022.  It is hereby

      **ORDERED** that, by August 3, 2022, Respondent's counsel shall file any motion to implead additional claimants.

Dated: July 21, 2022
       New York, New York

                                                      LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE