```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
IN THE MATTER OF THE COMPLAINT OF                             :
DEIGHTON CLEVE TAYLOR, AS OWNER OF                            :
A 2017, 42-FOOT JEANNEAU SAILBOAT FOR                         :    22 Civ. 2714 (LGS)
EXONERATION FROM OR LIMITATION OF                             :
LIABILITY,                                                    :         ORDER
                                       Petitioner,            :
                                                              :
                    -against-                                 :
                                                              :
KIMBERLY BRITTON ,                                            :
                                       Respondent.            :
                                                              :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated July 21, 2022, required the parties to file a status letter on September 9, 2022, as outlined in Individual Rule IV.A.2;

WHEREAS, the parties failed to submit the letter. It is hereby

**ORDERED** that, by **September 14, 2022**, the parties shall file the status letter.

Dated: September 12, 2022
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**