UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
IN THE MATTER OF THE COMPLAINT OF        :
DEIGHTON CLEVE TAYLOR, AS OWNER OF :          22 Civ. 2714 (LGS)
A 2017, 42-FOOT JEANNEAU SAILBOAT FOR :
EXONERATION FROM OR LIMITATION OF   :                ORDER
LIABILITY,                                                   :
                                    Petitioner,   :
                                                            :
                    -against-                        :
                                                            :
KIMBERLY BRITTON,                               :
                                   Respondent. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, on July 25, 2022, the proposed respondent filed a motion to file claims and

answers in this action, *nunc pro tunc*;

        WHEREAS, pursuant to the Order dated July 26, 2022, the deadline for Petitioner to

respond and file any opposition was August 3, 2022;

        WHEREAS, no such response was filed.  It is hereby

        **ORDERED** that by **September 16, 2022**, Petitioner shall respond and file any opposition

to the motion.  If no response is filed by such deadline, the motion will be considered unopposed.

Dated: September 12, 2022
        New York, New York

                                        **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**