UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

IN THE MATTER OF THE COMPLAINT OF
DEIGHTON CLEVE TAYLOR, AS OWNER OF         22 Civ. 2714 (LGS)
A 2017, 42-FOOT JEANNEAU SAILBOAT FOR
EXONERATION FROM OR LIMITATION OF          ORDER
LIABILITY,
                                    Petitioner,

          -against-

KIMBERLY BRITTON,
                                    Respondent.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on July 25, 2022, the proposed respondent filed a motion to file claims and answers in this action, *nunc pro tunc*;

WHEREAS, pursuant to the Orders dated July 26, 2022, and September 12, 2022, the deadline for Petitioner to respond and file any opposition was September 16, 2022;

WHEREAS, no such response was filed. It is hereby

**ORDERED**, that for substantially the reasons stated in the proposed respondent's Memorandum of Law, the motion to file claims and answers in this action, *nunc pro tunc*, is GRANTED. Any such claims and answers shall be filed as soon as possible and no later than **October 4, 2022**.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 23.

Dated: September 20, 2022
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE