```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
IN THE MATTER OF THE COMPLAINT OF                              :
DEIGHTON CLEVE TAYLOR, AS OWNER OF                             :
A 2017, 42-FOOT JEANNEAU SAILBOAT FOR                          :      22 Civ. 2714 (LGS)
EXONERATION FROM OR LIMITATION OF                              :
LIABILITY,                                                     :            ORDER
                                                               :
                                      Petitioner,              :
                                                               :
                -against-                                      :
                                                               :
KIMBERLY BRITTON, et al.,                                      :
                                                               :
                                      Respondents.             :
-------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DENIED as moot, and all conferences are CANCELED.

Dated: December 30, 2022
      New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE